## Richard J. Gebel, Appellee, v. H. Fred Wilson, Appellant.

Gen. No. 42,599.

opinion filed May 29, 1944.

Jerome J. Sladkey, for appellant; Immenhausen, Banovitz, Balin & Goebel, for appellee; Meyer C. Balin, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.